## El Pueblo *v.* Muñiz.

### Apelación procedente de la Corte de Distrito de

### Arecibo:

No. 79.   Resuelto en diciembre 9, 1905.

Apelación.—Pliego de excepción.—Relación de hechos.—Errores manifiestos.—No habiendo pliego de excepciones, ni relación de hechos, y no apareciendo de los autos que se hubiera cometido error alguno que justifique la revocación de la sentencia apelada, ésta debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

El Juez Asociado Sr. Figueras, emitió la opinión del tribunal.

El fiscal especial Hon. E. B. Wilcox formuló acusación debidamente jurada contra Ramón Muñiz Martínez porque siendo juez de elección de un precinto, secundado por otro de los jueces, maliciosa y fraudulentamente borró de la lista de electores del mismo el nombre de Tomás Ortiz que era un elector capacitado para votar en dicho colegio, privándole así de su derecho de emitir su voto.

En 27 de abril del año corriente la Corte de Distrito de Arecibo pronunció fallo de convicción. En 6 de mayo siguiente comparece el acusado y no expresando razones bastantes para obstaculizar la sentencia, se dictó ésta en el mismo día, condenándole por el delito contra el dere-

cho electoral á la pena de un año de prisión en el presidio departamental de la Isla con trabajos forzados y pago de costas.

De esta sentencia se apeló para ante esta Corte Suprema sin alegar que se hubiera cometido error alguno.

El fiscal de este Tribunal solicita la confirmación de dicho fallo.

No se ha presentado pliego de excepciones, ni exposición de hechos, ni siquiera un simple alegato.

En tales condiciones nada es posible hacer y como por otra parte, del récord mismo no aparece cometido error alguno fundamental, proponemos la confirmación de la sentencia apelada con las costas del recurso al apelante.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, MacLeary y Wolf.